No. 151. CRICHTON *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. William J. Hughes, Jr., William E. Leahy, Dorsey K.*

*Offutt,* and *Donald Gottwald* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *William W. Barron* for the United States.

